## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| **JAMES R. WILLIAMS and JRRW,** and Illinois corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | )  Case No. 09-CV-2176 |
| **ROBERT DEREK DE GROOT and JACOB'S TRUCKING,** an Iowa corporation, | ) ) ) ) |
| Defendants. | ) |

### ORDER

A Report and Recommendation (#9) was filed by the Magistrate Judge in the above cause on January 27, 2010. More than fourteen (14) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#9) is accepted by this court.

(2) The Rule 12(b)(3) Motion to Dismiss for Improper Venue is GRANTED and this case is DISMISSED.

(3) This case is terminated.

ENTERED this 26th day of March, 2010

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE